**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI CENTRAL DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | No. 18-04066-01-CR-C-BCW |
| Plaintiff, | **COUNTS 1 and 2**<br>18 U.S.C § 922(d)(1)<br>NMT 10 Years Imprisonment<br>NMT $250,000 Fine<br>NMT 3 Years Supervised Release<br>Class C Felony |
| v. | |
| **VICTOR NAHUM VARGAS,**<br>[DOB: 05/04/1978] | |
| Defendant. | $100 Special Assessment |

**I N D I C T M E N T**

**THE GRAND JURY CHARGES THAT:**

**COUNT 1**
(Knowingly Sold a Firearm to a Felon)
18 U.S.C. § 922(d)(1)

On or about April 18, 2018, within Cole County, in the Western District of Missouri, and elsewhere, the defendant, **VICTOR NAHUM VARGAS**, knowingly sold five (5) firearms to a person, knowing and having reasonable cause to believe, that such person had been convicted of a crime punishable by imprisonment for a term exceeding one year, all in violation of Title 18, United States Code, Sections 922(d)(1), and 924(a)(2).

**COUNT 2**
(Knowingly Sold a Firearm to a Felon)
18 U.S.C. § 922(d)(1)

On or about May 11, 2018, within Cole County, in the Western District of Missouri, the defendant, **VICTOR NAHUM VARGAS**, knowingly sold eleven (11) firearms to a person, knowing and having reasonable cause to believe, that such person had been convicted of a crime

punishable by imprisonment for a term exceeding one year, all in violation of Title 18, United States Code, Sections 922(d)(1) and 924(a)(2).

**A TRUE BILL.**

*/S/ Samie Hill*

**FOREPERSON OF THE GRAND JURY**

*/S/ Lawrence E. Miller*

**Lawrence E. Miller**
Assistant United States Attorney
Missouri Bar No. 35931

Dated: 06/06/2018