# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | No. 18-04066-01-CR-C-BCW |
| VICTOR NAHUM VARGAS, ) | |
| Defendant. ) | |

## ORDER

Before the Court is Defendant's Motion to Continue, filed out of time. (Doc. 37.) On November 26, 2018, this Court entered an Order setting pretrial conferences for matters set on the January 7, 2019, trial docket. (Doc. 36.) The Order advised that a continuance motion "filed after the Friday prior to the scheduled pretrial conference shall be considered untimely." Defendant's motion to continue was filed on Monday, December 10, 2018. Due to the untimely motion, the Court expended time and resources to transport Defendant to the Court for a hearing, for which Defense Counsel failed to appear although the Court had not yet ruled on the late motion. Pursuant to Local Rule 15.1, Counsel is required to seek leave to file the continuance motion out of time.

It is therefore **ORDERED** that Defense Counsel shall file a Motion for Leave explaining why Counsel failed to comply with the Court's order to timely file a motion to continue.

**IT IS SO ORDERED.**

/s/ *David P. Rush*
DAVID P. RUSH
UNITED STATES MAGISTRATE JUDGE

DATE: December 11, 2018